UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES           )
                        )
    v.                  )
                        )        03CR 10331 RGS
1.  OSCAR PATINO,       )            SEALED
    a/k/a OSCAR PATINO-BUENO )
                        )
2.  CLAUDIA NAVARRO,    )
    a/k/a CLAUDIA       )
    Defendants.         )
                        )

10/23/03 Allowed
Judith Gail Dein USMJ

### GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the indictment, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest defendant Navarro. The government also requests that the case be unsealed only as to defendant Patino, who was previously arrested in this matter by complaint and who is is currently on pre-trial supervised release, and be unsealed as to his attorney, pre-trial services, and any required governmental employees, as well as, upon Navarro's arrest, as to