UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) CRIMINAL NO. 03-CR-10331 (RGS)<br>1. CLAUDIA NAVARRO, )<br>   a/k/a CLAUDIA NAVARRO- )<br>   MONTERO )<br>)<br>and )<br>)<br>2. IVAN VELEZ )<br>            Defendants. )<br>) | |

GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the superseding indictment, the warrant for defendant Velez' arrest, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest defendant Velez. The government also requests that the case be unsealed as to defendant Navarro, who was previously arrested in this matter by the original indictment, and be unsealed as to her attorneys, pre-trial services, and any required governmental employees, and upon his arrest, be unsealed as to defendant Velez, his attorneys, pre-trial services, and any required governmental employees, but remain sealed as to the public

3/11/04 Allowed
Judith Gail Dein, USMJ

to preserve the continuing investigation.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By: _____
                                      CYNTHIA W. LIE
                                      Assistant U.S. Attorney

Dated: March 11, 2004