UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>CLAUDIA NAVARRO        )<br>a/k/a              )<br>CLAUDIA NAVARRO-MONTERO )<br>) | CRIMINAL NO.<br><br>03-CR-10331 RGS |

## ASSENTED TO MOTION TO CONTINUE SENTENCING

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, move that the sentencing of Claudia Navarro, currently scheduled for August 25, 2004, be continued for 120 days. The reason for this motion is that the defendant is currently cooperating with the government and this cooperation is ongoing and will not be completed by August 25, 2004. Defense counsel Joseph Oteri assents to this motion.

                    Respectfully submitted,
                    MICHAEL J. SULLIVAN
                    UNITED STATES ATTORNEY


               By:  /s/ Cynthia W. Lie
                    CYNTHIA W. LIE
                    Assistant U.S. Attorney
                    United States Courthouse
                    One Courthouse Way
                    Boston, MA
                    (617) 748-3183

Dated: August 11, 2004