UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. |
| ) | |
| v. ) | 03-CR-10331 RGS |
| ) | |
| CLAUDIA NAVARRO ) | |
| a/k/a ) | |
| CLAUDIA NAVARRO-MONTERO ) | |
| ) | |

### ASSENTED TO MOTION TO CONTINUE SENTENCING

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, move that the sentencing of Claudia Navarro, currently scheduled for January 12, 2005, be continued for 120 days. The reason for this motion is that the defendant is currently cooperating with the government and this cooperation is ongoing and will not be completed by January 12, 2005. Defense counsel Joseph Oteri assents to this motion.

                                        Respectfully submitted,
                                        MICHAEL J. SULLIVAN
                                        UNITED STATES ATTORNEY

                            By: */s/ Cynthia W. Lie*
                                        CYNTHIA W. LIE
                                        Assistant U.S. Attorney
                                        United States Courthouse
                                        One Courthouse Way
                                        Boston, MA
                                        (617) 748-3183

Dated: January 7, 2005